



**Report Created By Meteorologist Frank Gaetano**

| Address: | 13955 S Plaza, Omaha, NE 68137 |
|---|---|
| Most Recent Hail: | Date: June 29, 2017 | Duration: 10:00 PM - 10:07 PM | Size: Up to 2.50" |
| Other Hail Information: | Description: On the evening of June 29, a severe thunderstorm developed and tracked southeastward over the area, producing hail up to 2.50" in diameter at the address for about 7 minutes. Wind gusts up to 50 mph were also possible. |

# Radar Estimated Hail Signatures

Exhibit 2

| Date \| Time (UTC) | Radar Site | Cell ID | Probability of Hail | Probability of Severe Hail 1.00"+ | Max Hail Size | Latitude | Longitude |
|---|---|---|---|---|---|---|---|
| Jun 30, 2017 \| 03:00:29 | KOAX | T3 | 100 | 100 | 3.25 | 41.186 | -96.114 |
| Jun 30, 2017 \| 03:05:52 | KOAX | T3 | 100 | 100 | 4 | 41.174 | -96.071 |
| Jun 30, 2017 \| 03:11:22 | KOAX | T3 | 100 | 100 | 4 | 41.165 | -96.052 |

## Storm Reports For The Region

| Time | Event | Magnitude | City | County |
|---|---|---|---|---|
| 2017-06-30T02:49:00Z | HAIL | 1.5 | 3 S CARTER LAKE | DOUGLAS |
| 2017-06-30T02:49:00Z | HAIL | 1.5 | 5 ESE OMAHA | DOUGLAS |
| 2017-06-30T02:50:00Z | HAIL | 1.5 | 1 NNW COUNCIL BLUFFS | POTTAWATTAMIE |
| 2017-06-30T02:50:00Z | HAIL | 1.5 | 1 NW COUNCIL BLUFFS | POTTAWATTAMIE |
| 2017-06-30T02:50:00Z | HAIL | 1.5 | COUNCIL BLUFFS | POTTAWATTAMIE |
| 2017-06-30T02:51:00Z | HAIL | 1 | ELKHORN | DOUGLAS |
| 2017-06-30T02:53:00Z | HAIL | 1.5 | OMAHA | DOUGLAS |
| 2017-06-30T02:53:00Z | HAIL | 1.5 | OMAHA | DOUGLAS |
| 2017-06-30T02:54:00Z | HAIL | 0.88 | 5 NW UNDERWOOD | POTTAWATTAMIE |
| 2017-06-30T03:00:00Z | HAIL | 1.75 | 1 W MILLARD | DOUGLAS |
| 2017-06-30T03:00:00Z | HAIL | 1.75 | 2 W MILLARD | DOUGLAS |
| 2017-06-30T03:01:00Z | HAIL | 1.5 | COUNCIL BLUFFS | POTTAWATTAMIE |
| 2017-06-30T03:01:00Z | HAIL | 1.75 | 2 WNW MILLARD | DOUGLAS |
| 2017-06-30T03:05:00Z | HAIL | 1.5 | MILLARD | DOUGLAS |
| 2017-06-30T03:07:00Z | HAIL | 1.75 | 1 ENE CHALCO | SARPY |
| 2017-06-30T03:07:00Z | HAIL | 1.75 | 2 ESE MILLARD | SARPY |
| 2017-06-30T03:09:00Z | HAIL | 1 | CHALCO | SARPY |

## Warning For The Region

81
WUUS53 KOAX 300255

```
SVROAX
IAC129-155-NEC055-153-300330-
/O.NEW.KOAX.SV.W.0204.170630T0255Z-170630T0330Z/

BULLETIN - IMMEDIATE BROADCAST REQUESTED
Severe Thunderstorm Warning
National Weather Service Omaha/Valley Nebraska
955 PM CDT THU JUN 29 2017

The National Weather Service in Omaha has issued a

* Severe Thunderstorm Warning for...
  Northern Mills County in southwestern Iowa...
  Southern Pottawattamie County in southwestern Iowa...
  Northern Sarpy County in east central Nebraska...
  Southeastern Douglas County in east central Nebraska...

* Until 1030 PM CDT

* At 955 PM CDT, a severe thunderstorm was located near Millard, or 7
  miles west of Omaha, moving east at 40 mph.

  HAZARD...Golf ball size hail.

  SOURCE...Radar indicated.

  IMPACT...People and animals outdoors will be injured. Expect
     damage to roofs, siding, windows, and vehicles.

* Locations impacted include...
  Omaha, Council Bluffs, Bellevue, Papillion, La Vista, Ralston,
  Gretna, Oakland, Treynor, Waterloo, Carson, Elkhorn, Macedonia,
  Millard, Offutt AFB, Carter Lake, Boys Town, Silver City, Henderson
  and Old Town Park.

This includes the following highways...
 Highway 59 in Iowa between mile markers 34 and 48.
 Highway 75 in Nebraska between mile markers 82 and 94.
 Interstate 29 between mile markers 42 and 58.
 Interstate 80 in Iowa between mile markers 1 and 11.
 Interstate 80 in Nebraska between mile markers 439 and 454.

PRECAUTIONARY/PREPAREDNESS ACTIONS...

For your protection move to an interior room on the lowest floor of a
building.

Torrential rainfall is occurring with this storm, and may lead to
flash flooding. Do not drive your vehicle through flooded roadways.

&&
```

```
LAT...LON 4116 9536 4116 9538 4106 9539 4116 9631
          4133 9627 4132 9532
```
TIME...MOT...LOC 0255Z 267DEG 56KT 4125 9614

```
HAIL...1.75IN
WIND...<50MPH
```

$$

```
FOBERT
```